In the Matter of the Application of THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, Appellant, for Relief under Section 1077-c of the Civil Practice Act, in Respect to Premises 152–156 Madison Avenue, in the Borough of Manhattan,

City of New York, as against HALSWORTH REALTIES, INC., Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, Untermyer, Dore and Cohn, JJ.